IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| JOYCE S JORDAN | ) | Case No.  13 B 47714 |
| Debtor(s) | ) | |
| | ) | Judge Jacqueline P Cox |

NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE OF FINAL MORTGAGE CURE PAYMENT

The Trustee's Notice of Final Mortgage Cure Payment filed by Tom Vaughn Chapter 13 Trustee on August 28, 2014 is hereby withdrawn as it was filed in error.

Dated August 28, 2015

1