IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Joyce S Jordan | ) | Case No.  13 B 47714 |
| Debtor(s) | ) | |
| | ) | Judge Jacqueline P Cox |

AMENDED NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE OF FINAL
MORTGAGE CURE PAYTMENT

The Trustee's Notice of Final Mortgage Cure Payment filed by Tom Vaughn Chapter 13 Trustee on August 13, 2015 is hereby withdrawn as it was filed in error.

Dated August 28, 2015

1